**FILED**
CLERK, U.S. DISTRICT COURT

# 01/06/2020

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CLO_____ **DEPUTY**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOY HALLER,<br><br>Defendant. | No. 20 CR00001 -DMG<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 641: Theft of Government Property]<br><br>[CLASS A MISDEMEANOR] |

The United States Attorney charges:

[18 U.S.C. § 641]

On or about November 17, 2017, in Los Angeles County, within the Central District of California, defendant JOY HALLER knowingly and willfully stole, purloined, and converted to her own use money of the United States Department of Veterans' Affairs ("VA"), a department and agency of the United States, namely, money received as payment for home health care services that defendant HALLER falsely claimed to have performed for her deceased husband, M.H., in the amount of

///

///

///

///

1  $216.48, to which defendant HALLER knew that she was not entitled,

2  with the intent to deprive the VA of the use and benefit of that

3  money.

4

5  NICOLA T. HANNA
   United States Attorney

6
   BRANDON D. FOX
7  Assistant United States Attorney
   Chief, Criminal Division

8

9

10 SCOTT M. GARRINGER
   Assistant United States Attorney
11 Deputy Chief, Criminal Division

12 SHAWN J. NELSON
   Assistant United States Attorney
13 Acting Deputy Chief, General
   Crimes Section

14
   SCOTT D. DUBOIS
15 Assistant United States Attorney
   General Crimes Section

16

17

18

19

20

21

22

23

24

25

26

27

28